Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
OCT - 3 2002
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. BURD<br>PLAINTIFF(S),<br>v.<br>VAL STRAYSER, et al..<br>DEFENDANT(S). | CASE NUMBER<br>CV- 00-10016 JFW (BQRx)<br><br>JUDGMENT ON THE VERDICT FOR DEFENDANT(S) |

This action having been tried before the Court sitting with a jury, the Honorable John F. Walter, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff RICHARD A. BURD

take nothing; and that the defendant(s) ROBERT HIGGINS and TODD LEWITT

recover from the plaintiff therein costs of action, taxed in the sum of ______________. The sole claim over which this Court had jurisdiction having been resolved, the Court declined to exercise supplemental jurisdiction of Plaintiff's state law claims pursuant to 28 U.S.C. §1367(c)(3). Therefore, pursuant to 28 U.S.C. §1367(d) the Court dismissed Plaintiff's state law claims without prejudice.

Dated October 3, 2002

at Los Angeles, CA

CLERK, U.S. DISTRICT COURT

By [signature]
Deputy Clerk

ENTERED ON ICMS
OCT - 7 2002
CV

cc: Counsel of record

164